# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| 24 Hour Fitness USA, Inc., a California corporation, dba 24 Hour Fitness<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Helen Samayoa<br><br>　　　　Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CV 11-2424-PHX-JAT |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 25, 2012, the Petition to Compel Arbitration is denied without prejudice. This action is hereby dismissed without prejudice.

　　　　　　　　　　　　　　　　　　BRIAN D. KARTH
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk

July 25, 2012

　　　　　　　　　　　　　　　　　　 s/Tammy Johnson
　　　　　　　　　　　　　　　　　　By: Deputy Clerk

cc: (all counsel)